UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARDO JOSE FIELDS,

        Plaintiff,

v.

RAINBOW REHABILITATION
CENTER, INC., JULIE WIGAND,
and TIFFANY ALEXANDER,

        Defendants.
_____/

Case No. 10-10079
Honorable Patrick J. Duggan

## **JUDGMENT**

Plaintiff Leonardo Jose Fields filed this *pro se* lawsuit against Defendants on January 8, 2010, alleging violations of his rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2, 2000e-3. Defendants subsequently filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, which this Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

Date:  June 14, 2011

                                        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Leonardo Jose Fields
4842 Washtenaw Avenue
Apt. C4
Ann Arbor, MI 48108-1485

G. Michael Meihn, Esq.